IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ELVIN WINSTON RICKS,** **PETITIONER**
**Reg #56184-080**

**v.** **Case No. 2:19-cv-00068-LPR**

**GENE BEASLEY,**
**Warden, FCI – Forrest City** **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE